L. F. BROOKS v. JAMESVILLE & WASHINGTON RAILROAD COMPANY.

(For syllabus, see *Hansley* v. *Railroad Company, ante.*)

PETITION to rehear same case reported in 115 N. C., 609.

FURCHES, J.:   The facts in this case are substantially the same as in Hansley's case, and for the reasons there assigned the petition to rehear in this case is dismissed.

Dismissed.